UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:94-cr-00044-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **JAMES STANLEY CALDWELL,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the joint Motion to Reduce Supervised Release Term. Having considered the joint motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the joint Motion to Reduce Supervised Release Term (#59) is **GRANTED**, and the term of Supervised Release is **REDUCED** to the statutory maximum of three years.

Signed: September 28, 2018

Max O. Cogburn Jr.
United States District Judge

1